NDFL Prob 35A
(6/03)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V                                                                                          Crim. No. 3:08mj213/EMT

SHIRLEY D. CHANDLER

On October 24, 2008, the above named was placed on probation for a period of one year. She has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that Shirley D. Chandler be discharged from probation.

Respectfully submitted,

_____
Brian S. Davis
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 26th day of March, 2009.

_____
Elizabeth M. Timothy
United States Magistrate Judge

Certified Copy to Defendant